# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gail Marie King            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-13253 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                       Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
09 Dec 2022, 16:23:09, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 443342e295c68cf1dc8bfc250307e3e0118a191207c74330fcf26b0a28eb8522