United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gail Marie King  
    Debtor

Case No. 22-13253-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jun 08, 2023      Form ID: 155      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail Marie King, 21 Edie Lane, Easton, PA 18045-5643 |
| 14742550 | + | Lakeview Loan Servicing, LLC, c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14740357 | + | Terrence Billman, 21 Edie Lane, Easton, PA 18045-5643 |
| 14765118 | + | Township of Palmer, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14765119 | + | Township of Palmer, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14740358 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14756136 | + | Email/Text: bncmail@w-legal.com | Jun 09 2023 00:24:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14740340 | + | Email/Text: bankruptcy@cavps.com | Jun 09 2023 00:24:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14741179 | + | Email/Text: bankruptcy@cavps.com | Jun 09 2023 00:24:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14740341 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 09 2023 00:24:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14740344 | | Email/Text: BNBLAZE@capitalsvcs.com | Jun 09 2023 00:24:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117 |
| 14740342 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 09 2023 00:37:34 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14740343 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Jun 09 2023 00:24:00 | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 14740345 | + | Email/Text: bankruptcy@sccompanies.com | Jun 09 2023 00:24:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 14740346 | ^ | MEBN | Jun 09 2023 00:23:17 | Green Dot Bank, Attn: Bankruptcy, PO Box 5100, Pasadena, CA 91117-0100 |
| 14740347 | ^ | MEBN | Jun 09 2023 00:23:18 | KML Law Group, P.C., Suite 500, BNY Mellon Independence Cente, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14740348 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 00:37:45 | LVNV Funding LLC, 15 South Main Street, Ste. 500, Greenville, SC 29601-2769 |
| 14741712 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 00:37:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14742071 | ^ | MEBN | | |

District/off: 0313-4      User: admin      Page 2 of 3
Date Rcvd: Jun 08, 2023      Form ID: 155      Total Noticed: 33

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 09 2023 00:23:19 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14756492 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 09 2023 00:24:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14743276 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2023 00:37:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14740350 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 09 2023 00:24:00 | MRC/United Wholesale Mortgage, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14740349 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2023 00:37:11 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14756676 | + | Email/Text: bk@microf.com | Jun 09 2023 00:24:00 | Microf LLC, 2849 Paces Ferry Rd SE, Suite 625, Atlanta, GA 30339-5742 |
| 14740351 | + | Email/Text: bankruptcy@ncaks.com | Jun 09 2023 00:24:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, PO Box 3023, Hutchinson, KS 67504-3023 |
| 14740352 | + | Email/PDF: cbp@onemainfinancial.com | Jun 09 2023 00:37:34 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14740353 | | Email/Text: signed.order@pfwattorneys.com | Jun 09 2023 00:24:00 | Pressler, Felt & Warshaw LLP, Ian Zev Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-0520 |
| 14752088 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 00:38:06 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14740354 | | Email/Text: accounting@recoveryrmg.com | Jun 09 2023 00:24:00 | Receivables Management Group, Attn: Bankruptcy, 2901 University Ave. Suite #29, Columbus, GA 31917 |
| 14740355 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 00:37:08 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14740356 | | Email/Text: bankruptcy@springoakscapital.com | Jun 09 2023 00:24:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14754126 | | Email/Text: bankruptcy@springoakscapital.com | Jun 09 2023 00:24:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14740623 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2023 00:37:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 08, 2023 | Form ID: 155 | Total Noticed: 33

Date: Jun 10, 2023         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:**

**Name**         **Email Address**

DENISE ELIZABETH CARLON
  on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
  on behalf of Creditor Township of Palmer jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MICHAEL PATRICK FARRINGTON
  on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
  on behalf of Debtor Gail Marie King zzawarski@zawarskilaw.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gail Marie King
        Debtor(s)　　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 22−13253−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 8, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　33
　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155