| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-13253-PMM

Gail Marie King  
21 Edie Lane  
Easton  PA    18045

Petition Filed Date: 12/05/2022  
341 Hearing Date: 01/17/2023  
Confirmation Date: 06/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/21/2023 | $730.00 | | 03/13/2023 | $730.00 | | 04/10/2023 | $500.00 | |
| 04/24/2023 | $500.00 | | 05/05/2023 | $500.00 | | 05/24/2023 | $500.00 | |
| 06/05/2023 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $3,960.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,960.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $588.66 | $0.00 | $588.66 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $608.25 | $0.00 | $608.25 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $507.24 | $0.00 | $507.24 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $520.10 | $0.00 | $520.10 |
| 5 | MERRICK BANK »» 005 | Unsecured Creditors | $1,072.38 | $0.00 | $1,072.38 |
| 6 | ONE MAIN FINANCIAL »» 006 | Secured Creditors | $696.41 | $18.97 | $677.44 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $982.77 | $0.00 | $982.77 |
| 8 | PINNACLE SERVICE SOLUTIONS LLC »» 008 | Unsecured Creditors | $446.04 | $0.00 | $446.04 |
| 9 | PINNACLE SERVICE SOLUTIONS LLC »» 009 | Unsecured Creditors | $636.43 | $0.00 | $636.43 |
| 10 | SPRING OAKS CAPITAL SPV LLC »» 010 | Unsecured Creditors | $546.34 | $0.00 | $546.34 |
| 11 | ALLIANT CAPITAL MANAGEMENT - HDH »» 011 | Unsecured Creditors | $327.60 | $0.00 | $327.60 |
| 12 | NATIONSTAR MORTGAGE LLC »» 012 | Mortgage Arrears | $52,141.15 | $1,420.48 | $50,720.67 |
| 13 | MICROF LLC »» 013 | Unsecured Creditors | $1,200.51 | $0.00 | $1,200.51 |
| 14 | TOWNSHIP OF PALMER »» 014 | Secured Creditors | $1,404.71 | $38.27 | $1,366.44 |
| 15 | NATIONSTAR MORTGAGE LLC »» 12P | Secured Creditors | $5,156.44 | $140.48 | $5,015.96 |

Chapter 13 Case No. 22-13253-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $3,960.00 | Current Monthly Payment: | $1,211.00 |
| Paid to Claims: | $3,618.20 | Arrearages: | $2,633.00 |
| Paid to Trustee: | $341.80 | Total Plan Base: | $69,565.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.