United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gail Marie King  
    Debtor

Case No. 22-13253-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Oct 19, 2023      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail Marie King, 21 Edie Lane, Easton, PA 18045-5643 |
| 14742550 | + | Lakeview Loan Servicing, LLC, c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14740357 | + | Terrence Billman, 21 Edie Lane, Easton, PA 18045-5643 |
| 14765118 | + | Township of Palmer, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14765119 | + | Township of Palmer, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14740358 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 20 2023 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2023 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14756136 | + | Email/Text: bncmail@w-legal.com | Oct 20 2023 00:11:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14740340 | + | Email/Text: bankruptcy@cavps.com | Oct 20 2023 00:11:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14741179 | + | Email/Text: bankruptcy@cavps.com | Oct 20 2023 00:11:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14740341 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2023 00:11:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14740344 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 20 2023 00:11:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117 |
| 14740342 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 20 2023 00:12:50 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14740343 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Oct 20 2023 00:11:00 | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 14740345 | + | Email/Text: bankruptcy@sccompanies.com | Oct 20 2023 00:11:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 14740346 | ^ | MEBN | Oct 20 2023 00:07:53 | Green Dot Bank, Attn: Bankruptcy, PO Box 5100, Pasadena, CA 91117-0100 |
| 14740347 | ^ | MEBN | Oct 20 2023 00:07:55 | KML Law Group, P.C., Suite 500, BNY Mellon Independence Cente, 701 Market Street, Philadelphia, PA 19106-1541 |

Case 22-13253-pmm   Doc 44   Filed 10/21/23   Entered 10/22/23 00:31:23   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14740348 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:04 | LVNV Funding LLC, 15 South Main Street, Ste. 500, Greenville, SC 29601-2769 |
| 14741712 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14742071 | ^ | MEBN | Oct 20 2023 00:07:57 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14756492 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 00:11:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14743276 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 00:12:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14740350 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 00:11:00 | MRC/United Wholesale Mortgage, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14740349 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 00:12:54 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14756676 | + | Email/Text: bk@microf.com | Oct 20 2023 00:11:00 | Microf LLC, 2849 Paces Ferry Rd SE, Suite 625, Atlanta, GA 30339-5742 |
| 14740351 | + | Email/Text: bankruptcy@ncaks.com | Oct 20 2023 00:11:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, PO Box 3023, Hutchinson, KS 67504-3023 |
| 14740352 | + | Email/PDF: cbp@omf.com | Oct 20 2023 00:24:21 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14740353 | | Email/Text: signed.order@pfwattorneys.com | Oct 20 2023 00:11:00 | Pressler, Felt & Warshaw LLP, Ian Zev Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-0520 |
| 14752088 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:24:36 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14740354 | | Email/Text: accounting@recoveryrmg.com | Oct 20 2023 00:11:00 | Receivables Management Group, Attn: Bankruptcy, 2901 University Ave. Suite #29, Columbus, GA 31917 |
| 14740355 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:04 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14740356 | | Email/Text: bankruptcy@springoakscapital.com | Oct 20 2023 00:11:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14754126 | | Email/Text: bankruptcy@springoakscapital.com | Oct 20 2023 00:11:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14740623 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Township of Palmer, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

**Name**          **Email Address**

DENISE ELIZABETH CARLON
              on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
              on behalf of Creditor Township of Palmer jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MICHAEL PATRICK FARRINGTON
              on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
              ECFMail@ReadingCh13.com

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
              on behalf of Debtor Gail Marie King zzawarski@zawarskilaw.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Gail Marie King<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-13253-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

**Date: October 19, 2023**